UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
:
:
:
:
-----------------------------------------------------------------X
JAIME GIRALDO AND GLORIA VELLADA,      :   07-CV-04471-AKH
:
Plaintiffs,    :
:   **APPEARANCE**
- against -                            :
:
ALAN KASMAN D/B/A KASCO, *et al.*,     :   **ELECTRONICALLY FILED**
:
Defendants.    :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York              DICKSTEIN SHAPIRO LLP
       October 3, 2007

                              By:      /s/ Judith R. Cohen
                                       _____
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501

                                       *Attorney for Defendant*
                                       MERRILL LYNCH & CO., INC.


DOCSNY-271484v01