John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                    :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------- x  Civil Action No.: 07CV4471
JAIME GIRALDO and GLORIA VELLADA,

                                                       :   **NOTICE OF BATTERY PARK**
                              Plaintiffs,                  **CITY AUTHORITY's**
                                                       :   **ADOPTION OF ANSWER TO**
          -against-                                        **MASTER COMPLAINT**
                                                       :

ALAN KASMAN D/B/A KASCO, ET AL.,                  :

                              Defendants.           :

------------------------------------------------------------------- x

     PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
      September 25, 2007

1700550.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00441

By:     _____
       John M. Flannery (JMF-0229)