UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Jaime Giraldo and Gloria Vallada

|  |  |  |
|---|---|---|
|  | Plaintiffs, | Index No.: 07cv04471(AKH) |
| - against - |  | NOTICE OF THE NOMURA PARTIES' ADOPTION OF ANSWER TO MASTER COMPLAINT |
| NOMURA HOLDING AMERICA INC. and NOMURA SECURITIES INTERNATIONAL, INC. |  |  |
| et al. (see Defendants' List) |  | _____ |
|  | Defendants. | 1:21-MC-00102 |

-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorneys for Nomura Holding America INC. and Nomura Securities International, Inc., in this action.

Dated: November 1, 2007
         New York, New York

                              Yours, etc.

                              STRONGIN ROTHMAN & ABRAMS, LLP

                              s/ Dror M. Bikel

                              _____
                              Dror M. Bikel, ESQ.
                              Attorneys for Defendant
                              NOMURA HOLDING AMERICA, INC.
                              50 Broadway, Suite 2003
                              New York, NY 10004
                              (212) 931-8300

TO:
SEE ATTACHED SERVICE LIST

## **SERVICE LIST**

Worby Groner Edelman & Napoli Bern , LLP
*Attorneys for the*: Plaintiff(s)
*Office and Post Office Address and Telephone*
115 Broadway, Twelfth Floor
New York, NY 10006
(212) 267-3700

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C
233 Broadway, 5th Floor
New York, NY 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, NY 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com